In the Matter of the Arbitration between AMTORG TRADING CORPORATION, Appellant-Respondent, and CAMDEN FIBRE MILLS, INC., Respondent-Appellant. — Motion for leave to appeal to the Court of Appeals granted. Settle order on notice including the questions to be submitted to the Court of Appeals. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 531.]

■

In the Matter of HARRY SMITH, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 566.]

■

ARON BIN-NUN v. ADVANCED REFRIGERATING COMPANY, INC., et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 554.]

■

JUNIUS S. MORGAN et al., as Trustees, and LEONHARD A. KEYES et al., as Surviving Executors of HERBERT L. SATTERLEE, Deceased Trustee, Under a Declaration of Trust Made by J. PIERPONT MORGAN, Deceased, for the Benefit of LOUISA P. SATTERLEE, Respondents, v. LEONHARD A. KEYES, as Surviving Executor of LOUISA P. SATTERLEE, Deceased, et al., Respondents, and ELEANOR M. SATTERLEE et al., Appellants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1114.]

■

BROOKLYN EASTERN DISTRICT TERMINAL, Appellant, v. UNEX CREDIT CORPORATION, Respondent and Third-Party Plaintiff. CARLISLE ROWNTREE, Doing Business as KANSAS LABORATORIES and as EXPORT FINDERS BUREAU, Third-Party Defendant.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 557.]

■

MID-CONTINENT PETROLEUM CORPORATION v. UNIVERSAL OIL PRODUCTS COMPANY, a Delaware Corporation.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See ante, p. 564.]

■

HOWARD R. GIROUARD v. MAX J. KAUFMAN et al., Copartners Doing Business as LILYETTE BRASSIERE Co., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See 277 App. Div. 1102.]